**UNITED STATES DISTRICT COURT**          **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                   DATE:  10/31/2018
       U.S. MAGISTRATE JUDGE          TIME:   10:30 am

CASE:  **CV 15-4421(SIL) Recarte et al v. Hauppauge Bagel Corp. et al**

TYPE OF CONFERENCE:  SETTLEMENT/CHEEKS      FTR: 11:57-12:03

APPEARANCES:
      For Plaintiff:   Garrett Kaske

      For Defendant: Michael Giampilis

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   The motion for settlement approval, docket entry [66] is granted on consent and approved by the Court. The Clerk of the Court is instructed to close this case.

                          SO ORDERED

                         /s/Steven I. Locke
                         STEVEN I. LOCKE
                         United States Magistrate Judge